**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **SHARON GUETERSLOH** and ) <br> **CHARLES GUETERSLOH,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **ST. LOUIS UNIVERSITY,** a corporation ) <br> and **SSM HEALTH CARE ST. LOUIS,** ) <br> a corporation, ) <br> ) <br> Defendants. ) | **CAUSE NO. 05-CV-056-WDS** |

**O R D E R**

**STIEHL, District Judge:**

Before the Court is plaintiff's motion to dismiss defendant SSM Health Care St. Louis, Inc. (Doc. 46). Defendant's motion is **GRANTED**; defendant SSM Health Care St. Louis, Inc., is hereby voluntarily dismissed and is, therefore, terminated as a party in this matter. It is further ordered that said dismissal is without prejudice and without costs.

**IT IS SO ORDERED.**

**DATED:   October 2, 2006.**


                                        s/ WILLIAM D.  STIEHL
                                           DISTRICT JUDGE